UNITED STATES OF AMERICA
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff(s),

v.                                                                         Case No. 2:14-cr-16-06

DAVID ANTHONY TRISTAN,                             HON. ROBERT HOLMES BELL

    Defendant(s).
_____/

ORDER OF DETENTION

    Defendant appeared before the undersigned on March 2, 2015, for a detention hearing. Proffers were made to the court by counsel for the government and defendant. For the reasons stated on the record, the court grants the government's motion for detention and orders that the defendant remain detained pending further proceedings.

    Therefore, IT IS HEREBY ORDERED that the defendant shall be committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

    IT IS SO ORDERED.

        /s/ Timothy P. Greeley
        TIMOTHY P. GREELEY
        UNITED STATES MAGISTRATE JUDGE

Dated: March 3, 2015